# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Talat Abdul Akbar

        Plaintiff,   :   Case No. 3:06-cv-314

- vs -   :   District Judge Walter Herbert Rice
               Magistrate Judge Michael R. Merz

American General Finance Corp.,   :

        Defendant.   :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Motion for Reconsideration (Doc. #50), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the clerk enter judgment confirming the arbitration award of $26,624.72 as to Talat and Ronald Akbar.

July 22, 2009.

                                                Walter Herbert Rice
                                                United States District Judge